Dismissed and Memorandum Opinion filed October 2, 2003









Dismissed and Memorandum Opinion filed October 2,
2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00964-CV

____________

 

DENISE LORRAINE, Appellant

 

V.

 

MARY ANN KNEZEK, Appellee

 



 

On Appeal from the 157th District
Court

Harris County, Texas

Trial Court Cause No. 01-16450

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 11, 2003.  On September 22, 2003, appellant filed a
motion to dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed October 2, 2003.

Panel consists of Chief Justice
Brister and Justices Anderson and Seymore.